# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154023

MICHAEL SULLIVAN,
      Plaintiff-Appellee,

v

DENISE SULLIVAN,
      Defendant-Appellant.

SC: 154023
COA: 330543
Livingston CC: 14-006162-DO

_____/

On order of the Court, the application for leave to appeal the May 19, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

s0327